**FILED**

11/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0638

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0638

WJG, LLC, a Montana Limited
Liability Company,

      Plaintiff and Appellee,

v.

BOBBI HURLEY & JOHN AND
JANE DOES, 1-10,

      Defendant and Appellant.

**O R D E R**

FILED

NOV 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

 ORIGINAL

On August 23, 2022, Appellant Bobbi Hurley was granted an extension of time to file and serve her opening brief on or before September 23, 2022. Hurley did not thereafter file her opening brief and on October 3, 2022, this Court ordered that Hurley file the opening brief no later than October 24, 2022. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this 1st day of November, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices